The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RALPH HUA,<br><br>                Plaintiff,<br><br>v.<br><br>JILL A. EGGLESTON, Director of Freedom of Information Act Operations of the United States Citizenship & Immigration Services; KEN CUCCINELLI, Senior Official Performing the Duties of the Director of the United States Citizenship & Immigration Services; CHAD F. WOLF, Acting Secretary of the Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES;<br><br>                Defendants. | Case No. 2:20-cv-889 RSL<br><br>STIPULATED MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE AND ORDER |

Plaintiff filed the above-captioned lawsuit under the Freedom of Information Act ("FOIA") against the Defendants seeking the disclosure of certain documents.

On July 28, 2020, this Court issued an Order setting a Rule 26(f) conference by August 11, 2020, an initial disclosure deadline of August 18, 2020, and a joint status report by August 25, 2020.  The parties met and conferred on August 11, 2020 and agree that this case

STIPULATED MOTION TO EXTEND RESPONSIVE PLEADING
DEADLINE AND ORDER
2:20-cv-889 JRC
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

constitutes "an action for review on an administrative record" under Rule 26(a)(1)(B)(i), and is exempt from the initial disclosure requirements of Rule 26(a)(1), as well as from the requirements of Rule 26(f), requiring the parties to prepare a discovery plan..

Additionally, Counsel for the parties have conferred in good faith in an effort to discuss potential resolution of this action without motion practice. In order to provide the parties with additional time to continue these efforts, and to produce documents responsive to Plaintiff's FOIA request, the parties agree and stipulate that there is good cause to extend Defendants' deadline to file their responsive pleading to September 30, 2020.

IT IS SO STIPULATED, THROUGH PARTIES OF RECORD.

DATED: August 12, 2020

s/ *Ralph Hua*
RALPH HUA, WSBA #42189
3050 11th Ave W
Seattle, WA 98119
Phone: 206-303-0712
Email:Hualegal@gmail.com

*Plaintiff*

DATED: August 12, 2020

s/ *Katie D. Fairchild*
KATIE D. FAIRCHILD, WSBA #47712
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-4358
Fax: 206-553-4067
Email: katie.fairchild@usdoj.gov

*Attorney for Defendants*

STIPULATED MOTION TO EXTEND RESPONSIVE PLEADING
DEADLINE AND ORDER
2:20-cv-889 JRC
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ORDER

**IT IS SO ORDERED**.

Dated this ___13th___ day of ___August___, 2020.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

STIPULATED MOTION TO EXTEND RESPONSIVE PLEADING
DEADLINE AND ORDER
2:20-cv-889 JRC
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970