The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RALPH HUA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JILL A. EGGLESTON, Director of Freedom of Information Act Operations of the United States Citizenship & Immigration Services; KEN CUCCINELLI, Senior Official Performing the Duties of the Director of the United States Citizenship & Immigration Services; CHAD F. WOLF, Acting Secretary of the Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES;<br><br>　　　　　　　　Defendants. | Case No. 2:20-cv-889 RSL<br><br>STIPULATED MOTION FOR ORDER OF DISMISSAL<br><br>Noted for Consideration:<br>September 28, 2020 |

　　　　The parties, through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a), hereby stipulate and agree that this case should be dismissed with prejudice, with each party to bear its own costs and attorney's fees.

STIPULATED MOTION FOR ORDER OF DISMISSAL
2:20-cv-889 RSL
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS SO STIPULATED, THROUGH PARTIES OF RECORD.

DATED: September 28, 2020          s/ Ralph Hua
                                   RALPH HUA, WSBA #42189
                                   3050 11th Ave W
                                   Seattle, WA 98119
                                   Phone: 206-303-0712
                                   Email:Hualegal@gmail.com

                                   *Plaintiff*


DATED: September 28, 2020          *s/ Katie D. Fairchild*
                                   KATIE D. FAIRCHILD, WSBA #47712
                                   Assistant United States Attorney
                                   United States Attorney's Office
                                   700 Stewart Street, Suite 5220
                                   Seattle, Washington 98101-1271
                                   Phone: 206-553-4358
                                   Fax: 206-553-4067
                                   Email: katie.fairchild@usdoj.gov

                                   *Attorney for Defendants*

**ORDER**

IT IS HEREBY ORDERED that this case is dismissed with prejudice and without an order for costs or fees to either party.

Dated this  28th  day of  September , 2020.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

STIPULATED MOTION FOR ORDER OF DISMISSAL
2:20-cv-889 RSL
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970